# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES K. JORDAN,<br><br>    Plaintiff,<br><br>v.<br><br>WONDERFUL CITRUS PACKING LLC,<br><br>    Defendant. | Case No. 1:18-cv-00401-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE A RESPONSIVE PLEADING ON OR BEFORE MAY 29, 2018 |

This action was filed on March 23, 2018. (ECF No. 1.) On April 13, 2018, Defendant filed a motion to dismiss the eighth and ninth causes of action, which was granted on May 15, 2018. (ECF Nos. 6, 11.) The mandatory scheduling conference in this action is set for June 19, 2018, at 10:30 a.m. in Courtroom 9. (ECF No. 4.) The parties are advised that the joint scheduling report is due on June 12, 2018.

Accordingly, IT IS HEREBY ORDERED that Defendant shall file a pleading responsive to the complaint on or before **May 29, 2018**.

IT IS SO ORDERED.

Dated: **May 16, 2018**

UNITED STATES MAGISTRATE JUDGE

1