# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES K. JORDAN,<br><br>    Plaintiff,<br><br>v.<br><br>WONDERFUL CITRUS PACKING LLC,<br><br>    Defendant. | Case No. 1:18-cv-00401-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE SIGNED ANSWER<br><br>FIVE DAY DEADLINE |

This action was filed on March 23, 2018. (ECF No. 1.) On April 13, 2018, Defendant filed a motion to dismiss the eighth and ninth causes of action, which was granted on May 15, 2018. (ECF Nos. 6, 11.) On May 17, 2018, an order issued requiring Defendant to file an answer to the complaint on or before May 29, 2018. On May 29, 2018 Defendant filed an answer and a counterclaim. However, while the counterclaim is signed, the answer is not signed.

Accordingly, within five days of the date of entry of this order, Defendant shall file a signed answer.

IT IS SO ORDERED.

Dated: **June 7, 2018**

                                       UNITED STATES MAGISTRATE JUDGE