# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES K. JORDAN,<br><br>    Plaintiff,<br><br>v.<br><br>WONDERFUL CITRUS PACKING LLC,<br><br>    Defendant. | Case No. 1:18-cv-00401-AWI-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF Nos. 21, 37) |

On March 23, 2018, James K. Jordan ("Plaintiff") filed this action against Defendant alleging violation of the Age Discrimination in Employment Act ("ADEA"), Title 29, United States Code, §§ 621-634. (ECF No. 1.) On June 21, 2018, the Court issued a scheduling order setting pretrial deadlines and the trial date for this action. (ECF No. 21.) On January 29, 2019, the parties filed a stipulation to amend the discovery deadlines. (ECF No. 37.) The Court finds good cause to grant the modification.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the June 21, 2018 scheduling order (ECF No. 21) is amended as follows:

1. Expert Disclosure Deadline: May 24, 2019;
2. Supplemental Expert Disclosure Deadline: June 24, 2019;
3. Expert Discovery Deadline: July 12, 2019;
4. All other dates and aspects of the June 21, 2018 scheduling order shall remain in effect; and

5. The parties are advised that no further modifications to the scheduling order will be granted absent a showing of good cause. However, the parties are free to contact Courtroom Clerk Mamie Hernandez for an informal discussion with the Court should additional amendments to the scheduling order need to be made.

IT IS SO ORDERED.

Dated: **January 29, 2019**

UNITED STATES MAGISTRATE JUDGE