# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES K. JORDAN,<br><br>  Plaintiff,<br><br>  v.<br><br>WONDERFUL CITRUS PACKING LLC,<br>a California limited liability company,<br><br>  Defendant. | CASE NO. 1:18-CV-00401-AWI-SAB<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO VOLUNTARILY DISMISS COUNTERCLAIMS**<br><br>(Doc. No. 42) |

  Defendant Wonderful Citrus Packing LLC ("Wonderful Citrus") filed several counterclaims against Plaintiff James Jordan ("Jordan"). See Doc. No. 13. Now Wonderful Citrus moves pursuant to Rule 41(a)(2) to voluntarily dismiss with prejudice all of its counterclaims. See Doc. No. 42. Jordan filed a response to Wonderful Citrus' motion, stating that he "does not entirely oppose the dismissal of Wonderful Citrus's Counter-Claim provided that such dismissal is done by this Court with prejudice." Doc. No. 47. Jordan did not argue that he would suffer a plain legal prejudice if Wonderful Citrus' counterclaims were dismissed. Cf. Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001) ("A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result.").

  Accordingly, IT IS HEREBY ORDERED that Wonderful Citrus' motion to voluntarily dismiss its counterclaims (Doc. No. 42) is GRANTED and the counterclaims are dismissed with prejudice.

IT IS SO ORDERED.

Dated:  August 30, 2019         /s/ [signature]
                   SENIOR DISTRICT JUDGE