# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JAMES K. JORDAN,**

v.

CASE NO: **1:18–CV–00401–AWI–SAB**

**WONDERFUL CITRUS PACKING LLC,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 10/10/2019**

**Marianne Matherly**
Clerk of Court

ENTERED:   **October 16, 2019**

by: /s/ V. Gonzales
                              Deputy Clerk