# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Eastern District of California

U.S. District Court case number: 1:18-cv-00401-AWI-SAB

Date case was first filed in U.S. District Court: 3/23/2018

Date of judgment or order you are appealing: 9/29/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Wonderful Citrus Packing LLC

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

11444 W. Olympic Blvd. 7th Floor

City: Los Angeles   State: CA   Zip Code: 90064

Prisoner Inmate or A Number (if applicable):

Signature: //s M.Vasseghi   Date: 10/27/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Wonderful Citrus Packing LLC

Name(s) of counsel (if any):

> Thomas C. Goldstein

Address: 7475 Wisconsin Ave. Suite 850 Bethesda, MD 20814

Telephone number(s): (202) 362-0636

Email(s): TGoldstein@goldsteinrussell.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> James K. Jordan

Name(s) of counsel (if any):

> Michael Marderosian
> Heather Cohen

Address: 1260 Fulton Street Fresno CA 93721

Telephone number(s): (559) 441-7991

Email(s): heather@mcc-legal.com; mgm@mcc-legal.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                     1                                     *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Wonderful Citrus Packing LLC

Name(s) of counsel (if any):
Michael M. Vasseghi
J.P. Pecht

Address: 11444 W. Olympic Blvd. 7th Floor Los Angeles CA 90064

Telephone number(s): (310) 966-8400

Email(s): michael.vasseghi@roll.com; jp.pecht@roll.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                        *2*                                       *New 12/01/2018*