UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES K. JORDAN,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**WONDERFUL CITRUS PACKING LLC,**<br>**a California limited liability company,**<br><br>　　　　**Defendant.** | **CASE NO. 1:18-cv-00401-AWI-SAB**<br><br>**ORDER ON DEFENDANT'S MOTION TO STAY THE JUDGMENT AND APPROVE BOND**<br><br>(Doc. No. 221) |

　　On December 15, 2020, the Court issued an order reserving its ruling on Defendant Wonderful Citrus Packing LLC's motion to stay a judgment pending appeal and to approve its proposed supersedeas bond. Doc. No. 225. The Court directed Wonderful Citrus to file an amended proposed bond for the Court's review by December 21, 2020. Id. at 3. On December 21, Wonderful Citrus informed the Court that it had received an amended proposed bond from its corporate surety on that day. The new proposed bond, however, still requires a signature from an authorized individual of Wonderful Citrus, before a notary witness. In light of the current conditions regarding the COVID-19 pandemic, Wonderful Citrus requests that the Court deem the amended proposed bond (without the requisite signature) sufficient for purposes of its motion or defer ruling on the motion until such time that it can submit the signed bond to the Court.

　　The Court will reserve further ruling on the motion at this time. By January 5, 2021, Wonderful Citrus shall file either an amended proposed supersedeas bond that complies with the Court's December 15 order, or a statement showing good cause why it is unable to do so.

///

1
2   IT IS SO ORDERED.
3   Dated:  December 22, 2020
                                        SENIOR DISTRICT JUDGE