# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES K. JORDAN,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**WONDERFUL CITRUS PACKING LLC,**<br>**a California limited liability company,**<br><br>    **Defendant.** | **CASE NO. 1:18-cv-00401-AWI-SAB**<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STAY THE JUDGMENT AND APPROVING AMENDED PROPOSED SUPERSEDEAS BOND**<br><br>(Doc. Nos. 221, 228) |

On December 15, 2020, the Court issued an order reserving its ruling on Defendant Wonderful Citrus Packing LLC's unopposed motion to stay a judgment pending appeal and to approve its proposed supersedeas bond, as the proposed bond did not comply with the requirements of Eastern District of California Local Rule 151. Doc. No. 225. Specifically, the proposed bond did not include "a provision expressly subjecting [the bond] to all applicable federal law," as required by Local Rule 151(e). The Court directed Wonderful Citrus to file an amended proposed supersedeas bond for the Court's review and approval. Id. at 3. Wonderful Citrus filed an amended proposed bond that provides "[t]his bond is subject to all applicable federal law." Doc. No. 228 at 4. The amended proposed bond otherwise satisfies the requirements of Local Rule 151, along with those of Federal Rule of Civil Procedure 62(b). Where a party has posted a bond acceptable to the court, the party is entitled to a stay "as a matter of right" under Rule 62. Matter of Combined Metals Reduction, Inc. 557 F.2d 179, 193 (9th Cir.

1977).  Accordingly, the Court will approve the bond and grant a stay of execution of the judgment pending any appeal of that judgment by Wonderful Citrus.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1.      Defendant Wonderful Citrus's motion to stay the judgment and approve its proposed bond (Doc. No. 221) is GRANTED;

2.      Wonderful Citrus's amended proposed supersedeas bond (Doc No. 228) is APPROVED;

3.      Proceedings to execute on the judgment or initiate proceedings to enforce it are STAYED consistent with the terms of the supersedeas bond posted on January 4, 2021, Bond No. CGB9365361.


IT IS SO ORDERED.

Dated:   January 5, 2021            _____
                                   SENIOR  DISTRICT  JUDGE