FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 25 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES K. JORDAN,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>WONDERFUL CITRUS PACKING LLC,<br><br>    Defendant-Appellant. | No. 20-17119<br><br>D.C. No.<br>1:18-cv-00401-AWI-SAB<br>Eastern District of California,<br>Fresno<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 10), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Jonathan Westen
Circuit Mediator

JW/Mediation