1
2
3
4 **UNITED STATES DISTRICT COURT**
5 **EASTERN DISTRICT OF CALIFORNIA**
6

7 **JAMES K. JORDAN,**

**CASE NO. 1:18-cv-00401-AWI-SAB**

8 **Plaintiff,**

9 **v.**

**ORDER ON DEFENDANT'S MOTION
TO RELEASE SUPERSEDEAS BOND**

10 **WONDERFUL CITRUS PACKING LLC,**
**a California limited liability company,**

11

(Doc. No. 231)

12 **Defendant.**

13

14

15     On January 5, 2021, the Court approved a supersedeas bond posted by Defendant

16 Wonderful Citrus and granted its related motion to stay enforcement proceedings on an adverse

17 judgment pending appeal. Doc. No. 229. Defendant now moves for the release of that bond on

18 the ground that its appeal has been dismissed and the judgment of this Court has been fully

19 satisfied. Doc. No. 231. This, Defendant contends, is consistent with Federal Rule of Civil

20 Procedure 62(b) and the terms of its posted bond, which provides that it shall remain in full force

21 and effect until Defendant satisfies the judgment. Doc. No. 228 at 4. The record reflects that

22 Defendant's appeal to the U.S. Court of Appeals for the Ninth Circuit (Appeal No. 20-17119) was

23 voluntarily dismissed. Doc. No. 230. Defendant also represents in a declaration from counsel that

24 the parties have entered into a confidential settlement agreement and mutual release to resolve all

25 issues and claims relating to this case. Doc. No. 231 at 6. Plaintiff has not submitted opposition

26 to Defendant's motion. Based on these circumstances, the Court will grant Defendant's motion

27 and release the supersedeas bond.

28

**<u>ORDER</u>**

Accordingly, IT IS HEREBY ORDERED that:

1.      Defendant's motion to release (Doc. No. 231) is GRANTED;

2.      The supersedeas bond approved by the Court on January 5, 2021, and posted on behalf of Defendant and Fidelity and Deposit Company of Maryland (Bond No. CGB9365361) is RELEASED;

3.      All dates associated with Defendant's motion, including the May 24, 2021 motion hearing, are VACATED;

4.      This case remains CLOSED.

IT IS SO ORDERED.

Dated:  <u>May 17, 2021</u>        _____

                                 SENIOR  DISTRICT  JUDGE